# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| VENDELL DAVE, § | |
|    Plaintiff, § | |
| § | No. 1:19-CV-00125 |
| v. § | |
| § | |
| § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
|    Defendant. § | |

## MEMORANDUM OPINION REGARDING VENUE

Plaintiff, Vendell Dave, proceeding *pro se*, requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to his application for disability-based benefits.

### Discussion

The Plaintiff's complaint indicates that Plaintiff is a resident of Houston, Harris County, Texas. Harris County is located in the Houston Division of the Southern District of Texas. As a result, this case should be transferred to the Houston Division of the Southern District of Texas, for the convenience of the parties and in the interest of justice. 28 U.S.C. §14.04. The Transfer Order shall be entered in accordance with this Memorandum Opinion.

    **SIGNED this the 19th day of March, 2019.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE